# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | |
|---|---|
| CESAR CASTILLO, INC., on behalf of itself and all others similarly situated, | Case No.  3:14-cv-00569 |
| Plaintiff, | JUDGE TRAUGER |
| v. | |
| ENDO PHARMACEUTICALS INC.,TEIKOKU PHARMA USA, INC., TEIKOKU SEIYAKU CO., LTD, ACTAVIS, INC., WATSON PHARMACEUTICALS, INC., WATSON LABORATORIES, INC., ANDA, INC., ANDA PHARMACEUTICALS, INC. and VALMED PHARMACEUTICALS, INC., | **CLASS ACTION** <br><br> **JURY TRIAL DEMANDED** |
| Defendants. | |

## ORDER

Pending before the Court is the parties' Joint Motion for Extension of Time to Respond to Complaint and to Postpone the April 29, 2014 Initial Case Management Conference and Pretrial Deadlines Including Filing of Motion for Class Certification.  Given that this action is one of several related actions that is the subject of a Motion to Transfer pending before the Judicial Panel on Multidistrict Litigation ("JPML"), the parties' agreement to the terms below, and for good cause shown, the Court grants the parties' Motion and hereby orders as follows:

1.  The Court extends the deadline for Defendants Endo Pharmaceuticals Inc., Teikoku Pharma USA, Teikoku Seiyaku Co., Ltd., Actavis, Inc., Watson Pharmaceuticals, Inc., Watson Laboratories, Inc., Anda, Inc., Anda Pharmaceuticals, Inc. and Valmed Pharmaceuticals, Inc. ("Defendants") to answer, file motions, or otherwise respond to Plaintiff's Complaint in this case as follows:

a.  If the JPML grants the Motion to Transfer, Defendants shall file an answer, file motions, or otherwise respond to Plaintiff's complaint within 45 days of (i) the filing of a consolidated or amended complaint; or (ii) written notice from Plaintiff stating that it does not intend to file a consolidated or amended complaint, whichever is later, unless the transferee court sets a different schedule.

b.  If the JPML denies the Motion to Transfer, Defendants shall file an answer, file motions, or otherwise respond to Plaintiff's complaint within 45 days of (i) the filing of a consolidated or amended complaint; or (ii) written notice from Plaintiff stating that it does not intend to file a consolidated or amended complaint, whichever is later.

2.  The Court postpones the Initial Case Management Conference currently set for April 29, 2014, along with any pretrial deadlines including Plaintiff's filing a motion for class certification until after a decision on the Motion to Transfer is issued by the JPML, or until further order of this Court.

3.  This Order shall not prejudice Defendants' ability to raise:  (i) any jurisdictional defenses under Fed. R. Civ. P. 12; (ii) any affirmative defenses under Fed. R. Civ. P. 8; (iii) any other statutory or common law defenses that may be available to Defendants in any related action; or (iv) any right to seek or oppose  any reassignment, transfer, or consolidation alternatives with respect to any of the related actions.  The Court acknowledges that Defendants expressly reserve their right to raise any such defenses (or any other defenses) in response to either the extant complaints or amended and/or consolidated complaint that may be filed in any

of the related actions.  Nothing in this Order shall be construed as an appearance by Defendants in any of the related actions.

      **IT IS SO ORDERED.**

                                                _____

                                                ALETA A. TRAUGER
                                                UNITED STATES DISTICT JUDGE