# IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | |
|---|---|
| CESAR CASTILLO, INC., | ) |
| | ) Civil Case No. 3:14-0569 |
| v. | ) JUDGE TRAUGER |
| | ) |
| ENDO PHARMACEUTICALS, INC., et al. | ) |

## **O R D E R**

Pursuant to the Conditional Transfer Order (CTO-1) of the Judicial Panel on Multidistrict Litigation, MDL No. 2521, this case is hereby transferred to the United States District Court for the Northern District of California for coordinated or consolidated pretrial proceedings.

The Clerk of Court is directed to close the case and electronically transmit the record to the United States District Court for the Northern District of California.

IT IS SO ORDERED.

_____
ALETA A. TRAUGER
UNITED STATES DISTRICT JUDGE